UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ELITE SPECIALTY WELDING L L C | CASE NO. 2:18-CV-01269 |
| VERSUS | JUDGE ROBERT SUMMERHAYS |
| PACKAGING CORP OF AMERICA INC ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as supplemented by the Court's Ruling issued this date, and after a de novo review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that all claims brought against Eric Snelgrove, Joseph Flores and David Martinez are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 3rd day of June, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE