UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ELITE SPECIALTY WELDING L L C**  :  **CASE NO. 2:18-CV-01269**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**PACKAGING CORP OF AMERICA INC ET AL**  :  **MAGISTRATE JUDGE KAY**

## JUDGMENT

This court previously dismissed plaintiff's claims for worker's compensation reimbursement without prejudice, allowing plaintiff 30 days to cure the deficiencies identified in the court's Memorandum Ruling [doc. 56] on defendant's Motion for Judgment on the Pleadings [doc. 52]. That deadline has now passed and plaintiff has made no attempt to amend its pleadings. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the worker's compensation reimbursement claims filed by plaintiff Elite Specialty Welding LLC be **DISMISSED WITH PREJUDICE**. This judgment results in closure of the case.

**THUS DONE AND SIGNED** in Chambers on the 9th day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**